# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5030
_____

GEORGE C. BELT,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF ECONOMIC OPPORTUNITY,
REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

    Appellee.

_____

On appeal from the Department of Economic Opportunity, Reemployment Assistance Appeals Commission. Frank E. Brown, Chairman.

September 11, 2019

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


George C. Belt, pro se, Appellant.

John Kunberger, General Counsel, Amanda L. Neff, Chief Appellate Attorney, of the Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.